IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY WBe D.C.

05 JUN 13 PM 5:32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 04-20361 Ml |
| NEGASSI RICHARDSON, ) | |
| Defendant. ) | |

ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING

Before the Court is Defendant's Motion to Continue Suppression Hearing, filed June 9, 2005. Good cause having been shown, the motion is hereby GRANTED and the suppression hearing in this matter is RESET to Thursday, August 4, 2005, at 2:30 a.m. This matter remains set for report on Friday, July, 2005 at 9:00 a.m.

IT IS SO ORDERED this 13 day of June, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:04-CR-20361 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT