IN THE UNITED STATES DISTRICT COURT   **FILED BY** ξ9 **D.C.**
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG 18 AM 11: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,                      *

        Plaintiff,                              *

                                *      No.  04-20361-M1

vs.                                            *

NEGASSI RICHARDSON,                            *

        Defendant.                              *

                                *

---

## ORDER GRANTING PARTIES' JOINT MOTION FOR CONTINUANCE OF SUPPRESSION HEARING AND MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO SUPPRESS

---

It is hereby ORDERED that the parties' joint motion to continue the suppression hearing in the

case of defendant, NEGASSI RICHARDSON, currently set for September 2, 2005, is hereby

GRANTED, and the suppression hearing is hereby reset to _Nov. 4_, 2005, at _2:30 p.m._ It is

also ORDERED that the time provided for the United States to respond to the Defendant's Motion to

Suppress be extended until _Oct. 28_, 2005.

DONE at Memphis, Tennessee, this _17_ day of _Aug_, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-18-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:04-CR-20361 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT