# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ _____ D.C.

05 NOV 30  AM 4: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                         NO.  2:04cr20361-M1

NEGASSI RICHARDSON,

    Defendant.

---

## ORDER GRANTING DEFENDANT'S MOTION
## TO CONTINUE SUPPRESSION HEARING

---

This cause came on upon the motion of the Defendant to continue the suppression hearing set on December 1, 2005 at 2:30 p.m.   For good cause shown, the Court hereby grants the Defendant's motion.   The sentencing is hereby reset for the _6th_ day of _January_ , 2006 at _2:30_ a.m. (p.m.)

**IT IS SO ORDERED** this _30_ day of November, 2005.


JON PHIPPS MCCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 5 and/or 32(b) FRCrP on _11-1-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:04-CR-20361 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT