IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -1  PM 2:50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | No. 04-20361-M1 |
| NEGASSI RICHARDSON, | * | |
| Defendant. | * | |

### ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING

It is hereby ORDERED that the Government's Motion to Continue the Suppression Hearing in the case of defendant, NEGASSI RICHARDSON, currently set for January 6, 2006, is hereby GRANTED, and the suppression hearing is hereby reset to _January 13_, 20_06_, at _3:00 p.m._

DONE at Memphis, Tennessee, this _1_ day of _Dec._, 2005.

_____
UNITED STATES DISTRICT JUDGE

-4-

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-1-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:04-CR-20361 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT