IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CR. NO. 04-20361-Ml |
| | ) | |
| NEGASSI DEJUAN RICHARDSON | ) | |
| Defendant. | ) | |

---

**ORDER ON CHANGE OF PLEA**

---

This cause came on to be heard on October 6, 2006, the United States Attorney for this district, Kevin Ritz, appearing for the Government and the defendant, Negassi Dejuan Richardson, appearing in person and with counsel, Michael Scholl, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **THURSDAY, JANUARY 4, 2007, at 9:00 a.m., in Courtroom No. 4, on the 9th floor before Judge Jon Phipps McCalla.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 6th day of October, 2006.

S/Diane K. Vescovo
**UNITED STATES MAGISTRATE JUDGE**